1
2
3
4
5
6
7
8       **IN THE UNITED STATES DISTRICT COURT FOR THE**
9           **EASTERN DISTRICT OF CALIFORNIA**
10

11   LISA TATUM et al.,                          )        1:12-cv-01941-AWI-SMS
                                                 )
12               Plaintiffs,                      )        ORDER VACATING HEARING
                                                 )        DATE AND TAKING MATTER
13        v.                                      )        UNDER SUBMISSION
                                                 )
14   FRESNO POLICE DEPARTMENT;                    )        (Doc. 6)
     CITY OF FRESNO; and                          )
15   DOES 1 to 100,                               )
                                                 )
16               Defendants.                      )
                                                 )
17

18
19   Defendants Fresno Police Department and City of Fresno have filed a motion to dismiss the
20   complaint or for a more definite statement in the alternative, set for hearing on Monday, March 4,
21   2013. The Court, having reviewed the pleadings of record and all competent and admissible evidence
22   submitted, finds this matter suitable for decision without oral argument. *See* Eastern District Local
23   Rule 230(g). Accordingly, the hearing date of March 4, 2013 is hereby VACATED and the parties
24   shall not appear.  The Court will take the matter under submission and thereafter issue its decision.
25   IT IS SO ORDERED.

26   Dated:    February 26, 2013            _____
                                                  SENIOR  DISTRICT  JUDGE
27
28