DOUGLAS L. SLOAN, City Attorney
CITY OF FRESNO
By: Tamara Bogosian, Supervising Deputy City Attorney (#201312)
2600 Fresno Street, Room 2031
Fresno, California 93721-3602
Telephone: (559) 621-7500
Facsimile: (559) 488-1084

Attorneys for Defendants, FRESNO POLICE DEPARTMENT
AND CITY OF FRESNO

FILED
MAY 1 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA TATUM, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>FRESNO POLICE DEPARTMENT AND CITY OF FRESNO and Does 1 to 100, inclusive,<br><br>    Defendants. | Case No.: 1:12-cv-01941-AWI-SMS<br><br>**STIPULATED DISMISSAL OF ENTIRE CASE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs LISA TATUM, et al., by and through their counsel of record, GORDON BROWN, Esq., stipulates to a dismissal of any and all claims and causes of action asserted against Defendants FRESNO POLICE DEPARTMENT and CITY OF FRESNO, **with prejudice** and each party to bear their own costs and attorney's fees.

///
///
///
///

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

1

Tatum, et al., v. City of Fresno, et al.
Stipulated Dismissal

Case 1:12-cv-01941-AWI-SMS Document 12 Filed 05/01/13 Page 2 of 2
Case 1:12-cv-01941-AWI-SMS Document 11 Filed 04/30/13 Page 2 of 2
APR-29-2013 08:59    559 488 1084                                559 488 1084    P.03

1 | DATED: April 29, 2013.                    Respectfully submitted,
2 |                                            LAW OFFICES OF GORDON D. BROWN
3 |
4 |                                            By: /s/ Gordon D. Brown
5 |                                                GORDON D. BROWN
6 |                                            Attorney for Plaintiffs LISA TATUM, et al.
7 |
8 | Dated: April 26, 2013                     Respectfully submitted,
9 |                                            DOUGLAS L. SLOAN
10|                                            City Attorney
11|                                            By: /s/
12|                                                TAMARA BOGOSIAN
                                                Supervising Deputy City Attorney
13|
14|                                            Attorneys for Defendants, FRESNO POLICE
                                               DEPARTMENT and CITY OF FRESNO
15|
    It is so Ordered. Dated: 5-1-13
16|
17|                                            _____
18|                                            United States District Judge
19|
20|
21| TB:sn [61720sn/tb] 4/26/13
22|
...
28|

CITY ATTORNEY
CITY HALL                                   2                   Tatum, et al., v. City of Fresno, et al.
FRESNO, CA 93721                                                              Stipulated Dismissal

TOTAL P.03